Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

DIANA GRASTORF

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 19-CV-1627

v.

COMMUNITY BANK, N.A.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendant's motion for summary judgment dismissing the federal claims alleged in the Amended Complaint is granted.

Date: March 1, 2023

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Colin J.
Deputy Clerk